IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMISSIONING AGENTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ROBERT G. LONG, Individually; | ) Case: 1:15-cv-62 |
| | ) |
| HUGH GENERAL MANAGEMENT, LLC, d/b/a HUGHCX d/b/a HUGHGM; | ) |
| | ) |
| HUGHCX, LLC d/b/a HUGHGM d/b/a HUGH GENERAL MANAGEMENT; and | ) |
| | ) |
| MISSION CRITICAL COMMISSIONING, LLC d/b/a HUGHGM d/b/a HUGHCX d/b/a HUGH GENERAL MANAGEMENT, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants Robert G. Long ("Long") and Mission Critical Commissioning, LLC ("Mission Critical"), hereby remove this case from the Marion County, Indiana Superior Court, invoke this Court's jurisdiction pursuant to 28 U.S.C. § 1441, and state the following grounds for removal:

1.  On or about December 16, 2014, Plaintiff Commissioning Agents, Inc. ("Plaintiff"), by counsel, commenced this action against the Defendants in the Marion County Superior Court of the State of Indiana under Cause No. 49D12-

1412-PL-041019 ("Action"). The Summons and Complaint were served upon Defendant Long via private process server on December 18, 2014.

2. The Action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1332(a) and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, because it is a civil action between citizens of different States, and none of the defendants is a citizen of this State. The Plaintiff, at all relevant times, was an Indiana corporation with its principal place of business in Indianapolis, Indiana. Defendant Long is an individual residing in King County, Washington. Defendant Mission Critical is a Nevada limited liability corporation with its principal place of business in Lark County, Nevada. Defendant Hugh General Management LLC ("HughGM") is a Washington limited liability company with its principal place of business in King County, Washington. Defendant HughCX, LLC ("HughCX") is a Washington limited liability company with its principal place of business in King County, Washington.

3. The Plaintiff asserts claims arising under the Federal Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961-1968.

4. The amount in controversy in this case exceeds the sum of $75,000.00, exclusive of interest and costs.

5. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) because it is being filed within thirty (30) days of the filing of the Action, which is

the earliest date that any defendant could have been properly served with the Summons and Complaint.

6.  The only process, pleadings, or orders known to Defendants Long and Missions Critical to have been filed in this Action are attached hereto as Exhibit "A."

7.  Marion County is within the jurisdiction of the Indianapolis Division of the United States District Court for the Southern District of Indiana. Defendants Long and Missions Critical desire to remove this Action to this Court as provided by law.

8.  Counsel for Defendants Long and Missions Critical has conferred with counsel for Defendants HughGM and HughCX regarding this Notice of Removal. Defendants HughGM and HughCX have consented to removal of this Action to the Southern District of Indiana, Indianapolis Division pursuant to 28 U.S.C. § 1446(b)(2)(A).

WHEREFORE, Defendants Robert G. Long and Mission Critical Commissioning, LLC, by counsel, respectfully request that the above-captioned action, now pending against them in the Marion County Superior Court of the State of Indiana, be removed therefrom to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,


/s/ Michael W. McBride
Arend J. Abel, Atty No. 10763-49
Michael W. McBride, Atty No. 27954-49
*Attorneys for Defendants Robert G. Long and Mission Critical Commissioning, LLC*

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone No. (317) 636-6481
Fax No. (317) 636-2593

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and has been served upon each of the parties listed below, by United States Mail, first class postage prepaid, on this 15th day of January, 2015.

T. Joseph Wendt
Christopher J. Bayh
Barnes & Thornburg, LLP
11 S. Meridian Street
Indianapolis, IN  46204

Hugh General Management, LLC
c/o George H. Amburn, Jr.
601 Union St., Ste. 4200
Seattle, WA 98101

HughCX, LLC
c/o Hugh General Management, LLC
601 Union St., Ste. 4200
Seattle, WA 98101

/s/ Michael W. McBride
Arend J. Abel, Atty No. 10763-49
Michael W. McBride, Atty No. 27954-49
*Attorneys for Defendants Robert G. Long and Mission Critical Commissioning, LLC*

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone No. (317) 636-6481
Fax No. (317) 636-2593