# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMISSIONING AGENTS, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| ROBERT G. LONG, Individually; | )<br>) |
| HUGH GENERAL MANAGEMENT, LLC,<br>d/b/a HUGHCX d/b/a HUGHGM; | )<br>)  Civil Action No. 1:15-cv-00062-<br>)  TWP-DKL |
| HUGHCX, LLC, d/b/a HUGHGM d/b/a<br>HUGH GENERAL MANAGEMENT; and | )<br>) |
| MISSION CRITICAL COMMISSIONING, LLC<br>d/b/a HUGHGM d/b/a HUGHCX<br>d/b/a HUGH GENERAL MANAGEMENT, | )<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL AS TO DEFENDANTS
## ROBERT G. LONG AND MISSION CRITICAL COMMISSIONING, LLC

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(ii), Plaintiff Commissioning Agents, Inc. ("CAI") and two of the Defendants, Robert G. Long ("Long") and Mission Critical Commissioning, LLC ("Mission Critical"), by their respective counsel, and pursuant to their Settlement Agreement, hereby stipulate to the dismissal, with prejudice, of all claims against Long and Mission Critical. Each side shall bear its own attorneys' fees and costs.

The parties request that the Court retain limited jurisdiction to enforce the terms of the Settlement Agreement. Otherwise, because Long and Mission Critical are the only remaining Defendants in this case, this dismissal constitutes the end of the instant litigation for all parties.

                                                        Respectfully submitted,

Dated: February 9, 2017        */s/ Christopher Bayh*

                                         T. Joseph Wendt (joe.wendt@btlaw.com)
                                         Christopher Bayh (chris.bayh@btlaw.com)
                                         BARNES & THORNBURG LLP
                                         11 S. Meridian Street
                                         Indianapolis, Indiana 46204
                                         Telephone:    (317) 236-1313
                                         Facsimile:     (317) 231-7433

                                         *Attorneys for Commissioning Agents, Inc.*


                                         */s/ Arend J. Abel\**

                                         Arend J. Abel (aabel@cohenandmalad.com)
                                         TaKeena M. Thompson (tthompson@cohenandmalad.com)
                                         Michael W. McBride (mmcbride@cohenandmalad.com)
                                         COHEN & MALAD LLP
                                         One Indiana Square
                                         Suite 1400
                                         Indianapolis, IN 46204
                                         Tel: 317-636-6481
                                         Fax: 317-636-2593

                                         *Counsel for Defendants Robert G. Long and*
                                         *Mission Critical Commissioning, LLC*


\* *Signature electronically affixed with consent of counsel.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that today, February 9, 2017, a copy of the foregoing was filed electronically using the CM/ECF system and is available to all counsel of record using same.

*/s/ Christopher Bayh*