**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| COMMISSIONING AGENTS, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| ROBERT G. LONG, Individually; | )<br>) |
| HUGH GENERAL MANAGEMENT, LLC,<br>d/b/a HUGHCX d/b/a HUGHGM; | )<br>)<br>) Civil Action No. 1:15-cv-00062-<br>) TWP-DKL |
| HUGHCX, LLC, d/b/a HUGHGM d/b/a<br>HUGH GENERAL MANAGEMENT; and | )<br>)<br>) |
| MISSION CRITICAL COMMISSIONING, LLC<br>d/b/a HUGHGM d/b/a HUGHCX<br>d/b/a HUGH GENERAL MANAGEMENT, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Plaintiff Commissioning Agents, Inc. ("CAI") and two of the Defendants, Robert G. Long ("Long") and Mission Critical Commissioning, LLC ("Mission Critical"), have reached a Settlement Agreement and stipulated to the dismissal, with prejudice, of all claims against Long and Mission Critical. Being duly advised, the Court now DISMISSES all claims against Long and Mission Critical, WITH PREJUDICE, with each party to bear its own costs and fees.

The Court shall retain limited jurisdiction to enforce the terms of the Settlement Agreement. Otherwise, this dismissal constitutes the end of the instant litigation for all parties.

SO ORDERED

Date: 2/10/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to Counsel of Record